**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KIERSTEN SULLIVAN,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,
RONALD M. FARIS, BARRY N. WISH, and
SAYYED HASAN ALI,

    Defendants.

CIVIL ACTION FILE

NO. 1:15-cv-3898-MHC

## **JUDGMENT**

  This action having come before the court, the Honorable Mark H. Cohen, United States District Judge, on the Report and Recommendation of the Magistrate Judge, and the defendants' Motion to dismiss, and the court having adopted said Report and Recommendation and granted said motion, it is

  **Ordered and Adjudged** that Plaintiff take nothing and the defendants recover their costs of this action. Plaintiff's complaint is DISMISSED.

  Dated at Atlanta, Georgia, this 10th day of May 2016.

                 JAMES N. HATTEN
                 CLERK OF COURT

             By:  s/Jill Ayers
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 10, 2016
James N. Hatten
Clerk of Court

By:  s/Jill Ayers
    Deputy Clerk